Evan A. Moeller
Hirsch & Westheimer, P.C.
700 Louisiana Street, Suite 2550
Houston, Texas 77002
Telephone: (713) 220-9163
Facsimile: (713) 223-9319
E-mail: emoeller@hirschwest.com

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gale Estrella<br><br>Plaintiff(s)<br><br>v.<br><br>G L Recovery Group, LLC<br><br>Defendant(s). | CASE NUMBER<br>SACV09-01433 AG (RNBx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT<br>ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Evan A. Moeller__,
Applicant=s Name

of __Hirsch & Westheimer, P.C.__
Firm Name / Address

__(713) 220-9163__                                __emoeller@hirschwest.com__
Telephone Number                                  E-mail Address

for permission to appear and participate in the above-entitled action on behalf of ___ Plaintiff   X Defendant

__G L Recovery Group, LLC__

and the designation of __Christopher Eric Ng/CA216969__
Local Counsel Designee /State Bar Number

of __Gibbs, Giden, Locher, Turner & Senet, LLP__
Local Counsel Firm / Address

__(310) 552-3400__                                __cng@gglts.com__
Telephone Number                                  E-mail Address

as local counsel, hereby **ORDERS** the Application be:

X GRANTED

___ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __Feb 2, 2010__                        _____
                                              U. S. District Judge/U.S. Magistrate Judge
                                              **ANDREW J. GUILFORD**

20090408.20090773/708616.1