Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
GALE ESTRELLA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| GALE ESTRELLA, | Case No.: SACV09-01433-AG-(RNBx) |
| Plaintiff, | |
| v. | STIPULATION FOR JUDGMENT |
| G L RECOVERY GROUP, LLC., | |
| Defendant. | |

Plaintiff, GALE ESTRELLA (Plaintiff), and Defendant, G L RECOVERY GROUP, LLC's (Defendant), stipulate and agree to the following:

1. The Court will enter judgment in this action, pursuant to stipulation, and on the request of the parties, for the following:

    a. Plaintiff will receive $2,000.00 in statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq* (FDCPA), and the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

    b. Plaintiff will also receive reasonable attorneys' fees and costs pursuant to the FDCPA and the RFDCPA. If the parties cannot agree on Plaintiff's attorneys' fees and costs, Plaintiff will file a Motion for attorneys' fees and costs.

2. On entry, this Judgment will become final.

///

///

- 1 -

STIPULATION TO JUDGMENT

| _____ | _____ |
|---|---|
| Michael S. Agruss | Luis Lopez |
| Attorney for Plaintiff | Co-Owner for G L Recovery Group, LLC |

STIPULATION TO JUDGMENT