Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
GALE ESTRELLA

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| GALE ESTRELLA,<br><br>    Plaintiff,<br><br>v.<br><br>G L RECOVERY GROUP, LLC.,<br><br>    Defendant. | Case No.: SACV09-01433-AG (RNBx)<br><br>**JUDGMENT** |

Good cause appearing, IT IS ORDERED that judgment will be entered in favor of Plaintiff, GALE ESTRELLA (Plaintiff), and against Defendant, G L RECOVERY GROUP, LLC (Defendant), pursuant to stipulation, and on the request of the parties, for the following:

a. Plaintiff will receive $2,000.00 in statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA), and the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

b. Plaintiff will also receive reasonable attorneys' fees and costs pursuant to the FDCPA and the RFDCPA.  If the parties cannot agree on Plaintiff's attorneys' fees and costs, Plaintiff will file a Motion for attorneys' fees and costs.

**IT IS ORDERED.**

Dated: June 16, 2010

                                            Andrew J. Guilford
                                            UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ENTERING STIPULATION FOR JUDGMENT