Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
GALE ESTRELLA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| GALE ESTRELLA, | **Case No.: SACV09-01433-AG (RNBx)** |
| Plaintiff, | |
| v. | **ORDER ENTERING STIPULATION FOR JUDGMENT REGARDING PLAINTIFF'S ATTORNEY'S FEES AND COSTS** |
| G L RECOVERY GROUP, LLC., | |
| Defendant. | |

Good cause appearing, IT IS ORDERED that judgment will be entered in favor of Plaintiff, GALE ESTRELLA (Plaintiff), and against Defendant, G L RECOVERY GROUP, LLC (Defendant), pursuant to stipulation, and on the request of the parties, for the following:

A. Plaintiff will receive $7,409.00 in attorney's fees and $411.61 in costs, totaling $7,820.61, pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA), and the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

B. The hearing scheduled on August 2, 2010, is stricken.

**IT IS ORDERED.**

Dated: July 21, 2010

_____

Andrew J. Guilford
UNITED STATES DISTRICT JUDGE

- 1 -