Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
GALE ESTRELLA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| GALE ESTRELLA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>G L RECOVERY GROUP, LLC,<br><br>　　　　Defendant. | Case No.: SACV 09-01433-AG(RNBx)<br><br>**ORDER AWARDING PLAINTIFF STATUTORY DAMAGES AND PLAINTIFF'S ATTORNEYS' FEES AND COSTS** |

Good cause appearing, IT IS ORDERED that judgment will be entered in favor of Plaintiff, GALE ESTRELLA (Plaintiff), and against Defendant, G L RECOVERY GROUP, LLC (Defendant), pursuant to this Court's Judgment (Document No. 23) and Order Entering Stipulation for Judgment Regarding Plaintiff's Attorney's Fees and Costs (Document No. 27), for the following:

A. Plaintiff will receive $2,000.00 in statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (FDCPA) and the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 *et seq.* (RFDCPA); and

B. Plaintiff will also receive $7,409.00 in attorney's fees, $411.61 in costs, totaling $7,820.61, pursuant to the FDCPA and RFDCPA.

**IT IS ORDERED.**

Dated: August 24, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　
Andrew J. Guilford
UNITED STATES DISTRICT JUDGE

- 1 -

**[PROPOSED] ORDER AWARDING PLAINTIFF'S STATUTORY DAMAGES AND PLAINTIFF'S ATTORNEYS' FEES AND COSTS**

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business Address is 10474 Santa Monica Boulevard, Suite 401, Los Angeles, California 90025.

On August 24, 2010, I served the following documents:

**[PROPOSED] ORDER AWARDING PLAINTIFF STATUTORY DAMAGES AND PLAINTIFF'S ATTORNEYS' FEES AND COSTS**

On the parties listed below:

| | |
|---|---|
| Evan A. Moeller | Luis Lopez (Co-Owner G L Recovery |
| Hirsch & Westheimer, P.C. | Group, LLC) *via e-mail and first-class mail |
| 700 Louisiana, Suite 2550 | 1901 East Lambert Road |
| Houston, TX  77002 | La Habra, CA 90631-0502 |
| emoeller@hirschwest.com | llopez@glrecoverygroup.com |

By the following means of service:

[X] **BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[X] **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X] **BY MAIL:** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] **FEDERAL:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on August 24, 2010, at Los Angeles, California.

By: /s/ Michael S. Agruss

Michael S. Agruss